# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Kirtan Khalsa

Initial Appearance

| | | | |
|---|---|---|---|
| Case Number: | 21mj1783 KK | UNITED STATES vs. Gutierrez | |
| Hearing Date: | 12/7/2021 | Time In and Out: | 9:31-9:44 |
| Courtroom Deputy: | E. Hernandez | Courtroom: | Hondo |
| Defendant: | Roberto Gutierrez | Defendant's Counsel: | Roman Romero |
| AUSA: | Robert Goldaris | Pretrial/Probation: | M. Pirkovic |
| Interpreter: | N/A | Witness: | |

## Initial Appearance

- ☒ Defendant received a copy of charging document
- ☒ Court advises defendant(s) of possible penalties and all constitutional rights
- ☒ Defendant has retained counsel
- ☒ Government moves to detain
- ☐ Government does not recommend detention
- ☒ Set for Preliminary/Detention Hearing on Wednesday, December 08, 2021 @ 9:30

## Preliminary/Show Cause/Identity

- ☐ Defendant
- ☐ Court finds probable cause
- ☐ Court does not find probable cause

## Detention

- ☐ Defendant waives Detention Hearing
- ☐

## Custody Status

- ☒ Defendant remanded to custody of United States Marshal's Service
- ☐ Conditions

## Other

- ☒ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☒ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☐ Matter referred to _____ for Final Revocation Hearing
- ☒ Defense requests detention hearing be held today; pretrial services officer responds; government responds, will be prepared to proceed to detention hearing today if pretrial is ready; detention hearing will be held today if notified by defense counsel and pretrial services that they are prepared, if not, hearing will be held tomorrow; court in recess.