# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Kirtan Khalsa

Preliminary/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | 21mj1783 KK | UNITED STATES vs. Gutierrez | |
| Hearing Date: | 12/8/2021 | Time In and Out: | 10:23-11:19 |
| Courtroom Deputy: | E. Hernandez | Courtroom: | Hondo via zoom |
| Defendant: | Robert Gutierrez | Defendant's Counsel: | Roman Romero |
| AUSA: | Robert Goldaris | Pretrial/Probation: | M. Pirkovic |
| Interpreter: | N/A | Witness: | |

### Initial Appearance

- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain   ☐ Government does not recommend detention
- ☐ Set for _____ on _____ @ _____

### Preliminary/Show Cause/Identity

- ☐ Defendant
- ☒ Court finds probable cause   ☐ Court does not find probable cause

### Detention

- ☐ Defendant waives Detention Hearing
- ☐

### Custody Status

- ☐ Defendant
- ☒ Conditions of release imposed

### Other

- ☒ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☒ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☐ Matter referred to _____ for Final Revocation Hearing
- ☒ Court calls case; counsel enter their appearances; government calls U. S. Postal Inspector B. Carney, sworn, direct; defense cross examination; government redirect; defense closing; court finds probable cause; government requests detention; defense requests release; court findings; court addresses defendant; defendant responds; court in recess